LIST OF CREDITORS

CHASE BANK
PARKER IBRAHIM & BERG, LLC.
270 DAVIDSON AVE.
SOMERSET, NJ 08873

THE CITY OF NEW YORK
OTIS COMORAU
100 CHURCH STREET,
NEW YORK, NY 10007

COLGATE SCAFFOLDING
1470 BRUCKNER BOULEVARD
BRONX, NY 10473

ENVIRONMENTAL CONTROL BOARD OF NEW YORK CITY
66 JOHN ST
NEW YORK, NY 10038

NEW YORK CITY DEPARTMENT OF BUILDINGS
280 BROADWAY, 7TH FLOOR
NEW YORK, NY 10007